UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20682-CV JAL

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

_____

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
X SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

```
                                                              Page 1

 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
     TAMBOURINE COMERCIO,          )
 3   INTERNACIONAL SA,             )   Case No.
                                   )   06-20682-CIV-LENARD/GONZALEZ
 4             Plaintiff,          )
                                   )
 5        -v-                      )
                                   )
 6   JAY SOLOWSKY, ESQUIRE and     )
     PORTNOY, SOLOWSKY & ALLEN,    )
 7                                 )
               Defendants.         )   Fort Lauderdale, Florida
 8                                 )   November 30, 2007
     _____)   2:00 p.m.
 9

10                       PAGES 1 - 43
            TRANSCRIPT OF PRETRIAL CONFERENCE PROCEEDINGS
11            BEFORE THE HONORABLE JOSE A. GONZALEZ, JR.
                        U.S. DISTRICT JUDGE
12

13   Appearances:

14   For the Plaintiffs:          BROWNSTEIN, HYATT & FARBER, PC
                                  BY:  STANLEY L. GARNETT, ESQ.
15                                BY:  ANNIE T. KAO, ESQ.
                                  410 17th Street, 22nd Floor
16                                Denver, Colorado  80202
                                       -and-
17                                PAYTON & ASSOCIATES, LLC
                                  BY:  TERESA URDA, ESQ.
18                                One Biscayne Tower, Suite 1600
                                  Miami, Florida  33131
19
     For the Defendants:          KENNY, NACHWALTER, SEYMOUR,
20                                ARNOLD, CRITCHLOW & SPECTOR
                                  BY:  RICHARD CRITCHLOW, ESQ.
21                                BY:  ELIZABETH HONKONEN, ESQ.
                                  201 So. Biscayne Blvd., Suite 1100
22                                Miami, Florida  33131

23   Reporter:                    Karl Shires, RPR
     (561) 514-3728               Official Court Reporter
24                                701 Clematis Street, Suite 258
                                  West Palm Beach, Florida  33401
25

              STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT
```

FILED by ___ 
APPEALS
DEC 10 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - MIAMI