1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
INTAKE
DEC 13 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • F.␣. LAUD.

TAMBOURINE COMERCIO, et al. )
and HAWKSBAY LTD., )
 )
       PLAINTIFF, )   CASE NUMBER
 )   06-20682-CV-Lenard
   vs. )
 )
JAY SOLOWSKY, ESQUIRE and )
PERTNOY, SOLOWSKY & ALLEN, )   THIS VOLUME:
 )   PAGES 1-104
       DEFENDANT. )
_____)

    TRANSCRIPT of **PRETRIAL CONFERENCE** had before **THE HONORABLE JOSE A. GONZALEZ, JR.**, in Fort Lauderdale, Broward County, Florida, on **Friday, November 16, 2007**, in the above-styled matter.

APPEARANCES:

FOR THE PLAINTIFFS:    STANLEY L. GARNETT, ESQ.
                       JOHN F. ZULACK, ESQ.
                       THERESA J. URDA, ESQ.

FOR THE DEFENDANTS:    RICHARD CRITCHLOW, ESQ.
                       ELIZABETH B. HONKONEN, ESQ.
                       DAVID STONE, ESQ.

ANITA LaROCCA
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 203
FORT LAUDERDALE, FLORIDA 33301
954-769-5498

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 06-20682-CV JAL

- ☐ DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.)_____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- X SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____